MINUTE ENTRY
AUGUST 18, 2023
VAN MEERVELD, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 23-159 |
| JONATHAN FRANK | SECTION: A |

INITIAL APPEARANCE

APPEARANCES:   X  DEFENDANT WITH **(WITHOUT)** COUNSEL   _____

_____

  X  ASSISTANT U.S. ATTORNEY   DAVID BERMAN_____
___ INTERPRETER   _____
Designated by Court and sworn.   Time: _____ .M to _____ M.

__/ DEFENDANT CONSENTED TO APPEAR BY VIDEO

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF THE REDACTED INDICTMENT WAS:
    READ   WAIVED   **(SUMMARIZED)**

__/ DEFENDANT INFORMED THE COURT THAT COUNSEL HAS BEEN/WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

X / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00:03

X / Oral Mtn. to unseal Granted.
to be followed up with a
written motion.

*[signature]*

__/ BOND SET AT  _____

_____

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

_____

_____

_____

__/ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

X/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

__/ DEFENDANT RELEASED ON BOND

X/ DEFENDANT INFORMED THAT PRELIMINARY HEARING/REMOVAL HEARING/ (ARRAIGNMENT) IS SET FOR  August 21, 2023 @ 2Pm

__/ HEARING TO DETERMINE COUNSEL IS SET FOR  _____

X/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR August 21, 2023 @ 2Pm

X/ DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING/REMOVAL HEARING/ARRAIGNMENT/DETENTION HEARING/HEARING TO DETERMINE COUNSEL WITH COUNSEL  _____

__/ THE COURT ACCEPTED DEFENDANTS VERBAL CONSENT IN LIEU OF SIGNATURE ON THE APPEARANCE BOND AND ORDER SETTING CONDITIONS OF RELEASE.