MINUTE ENTRY
ZAINEY, J.
JANUARY 23, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                      CRIMINAL ACTION

VERSUS                                        NO: 23-159

JONATHAN FRANK                                SECTION: "A"

<u>REARRAIGNMENT</u>

Court Reporter: Alexis Vice
Case Manager: Jennifer Schouest Limjuco
Judicial Assistant: Pamela Angelette

APPEARANCES:
    David Berman, Counsel for the government
    Dylan C. Utley, CJA Counsel for defendant
    Jonathan Frank, Defendant

Case called: 12:00 p.m.
Defendant present to withdraw former plea of Not Guilty and enter a plea of Guilty as to counts 2, 4, and 13 of the Indictment.
Defendant was sworn and questioned by the Court.
Reading of Indictment waived and summarized.
Defendant informed of rights to trial by jury or the court and waived same.
Defendant informed of the maximum penalties.
Defendant informed of the sentencing guidelines.
Defendant entered a plea of guilty.
Government authenticates Plea Agreement and Sealed Attachment A, and same is ordered filed into the record.
Government authenticates Factual Basis and same is ordered filed into the record.
Plea accepted and defendant is ADJUDGED GUILTY on plea of guilty.
Pre-sentence investigation is ORDERED.
Sentencing set for **April 16, 2024, at 10:30 a.m.**
Defendant remanded.
The pretrial conference and trial of this defendant are cancelled.
Hearing completed: 12:16 p.m.

JS-10: 0:16